In The United States District Court

For The Western District of Virginia

Roanoke Division

Jacob Shouse, No. 1101444/327092,                    Plaintiff,

V.

Tracy Ray, Richard Saylor,

J. Kitson, T. Huff, K. Mullins,                      Defendants,

Karen Nelson and M. Breeze,

                                        By: Hon. Michael F. Urbanski

                                            U.S. Magistrate Judge

## DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

JACOB SHOUSE declares under penalty of perjury:

1. I am the Plaintiff in this case. I make this declaration in support of my Motion for a Temporary Restraining order and a preliminary injunction to insure that I receive necessary and adequate mental health care.

2. As set forth in the Complaint in this case, I am seriously suicidal and severely mentally ill, with several "Axis I" diagnosis, et al..

3. I'm diagnosed with: Schizoaffective disorder, Bi-Polar disorder, Major Depression, Cyclothymic disorder, Borderline and Antisocial Personality disorders, some with psychotic features to name a few.

4. I am an imminent danger to my self and am substantially unable to care for my self to an extent which disrupts/prevents normal daily routine of living.

— Pg. 1 —

5. I am housed at Red Onion State Prison (ROSP), in segregation, which said facility doesn't offer "acute" Mental Health Services nor is able to care for extensively suicidal or seriously mentally ill prisoners.

6. At ROSP there only six (6) Qualified Mental Health Professionals (QMHPs) for approximately 800 prisoners to 1200 prisoner capacity. Allowing mere minutes per (two or one) month talks with prisoners.

7. I have requested repeatedly to be transferred/referred/committed to an appropriate acute mental health facility to curb my suicidal ideation/tendencies before I kill myself, and to have adequate treatment for such serious life-threatening illnesses.

8. I am a known suicide risk, with four (4) commitments to Marion Correctional Treatment Center (MCTC) — the State Prison Psychiatric Facility — for attempted suicides.

9. ROSP doesn't offer treatment planning nor acute mental health services, as per policy.

10. I am suffering irreparable harm in the form of continued mental health deterioration and imminent suicide risk in need of acute care.

11. Defendants Saylor, Kilbourne, Huff, Mullins, Wilson and Bernak are the QMHPs at ROSP, and therefore, are responsible to evaluating, and referring prisoners to specially designed acute care facilities or asking for voluntary and involuntary commitments thereto.

12. Defendant Ray is the Warden of ROSP whom ensures all is to be ran per policy and in accordance with state/federal procedures; he has personal knowledge of my suicide risk and inadequate mental health care.

13. Together these defendants have the responsibility for providing the plaintiff with the necessary mental health care readily needed beyond the control/ability of ROSP, and as well as the ability to arrange it.

14. For the reasons set forth in the memorandum of law filed with this motion, the plaintiff is entitled to a temporary restraining order ...

— pg. 2 —

...14. ... requiring the defendants to arrange for the plaintiff to be immediately assessed/committed and transferred to the appropriate acute mental health care facility for his clinical needs, and to a preliminary injunction requiring the defendants to carry out that plan of care.

15. For the foregoing reasons, the court should grant the plaintiff's motion in all respects.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Jacob Shrouse, No. 11014/327002
Red Onion State Prison, P.O. Box 1900,
Pound, VA. 24279