CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
SEP 28 2010
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JACOB SHOUSE, ) | Civil Action No. 7:10-cv-00061 |
|     Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TRACY RAY, et al., ) | By: Hon. Jackson L. Kiser |
|     Defendants. ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for a preliminary injunction (no. 1) is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff and counsel of record for the defendants.

**ENTER**: This 28th day of September, 2010.

/s/ Jackson L. Kiser
Senior United States District Judge