CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RK

DEC 0 6 2010

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JACOB SHOUSE, | ) | Civil Action No. 7:10-cv-00061 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TRACY RAY, et al., | ) | By: Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that this civil action is hereby **DISMISSED without prejudice**, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to prosecute; all pending motions shall be **TERMINATED** accordingly; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order to the plaintiff and counsel of record for the defendants.

ENTER: This 6th day of December, 2010.

Senior United States District Judge